IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| KEVIN BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 624-050 |
| | ) |
| BRIAN ADAMS, Warden; SCOTTIE | ) |
| ROACH, Sgt.; and KIMBERLY | ) |
| PHILLIPS ADDIS, Nurse, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Indeed, after entry of the Report and Recommendation, Defendant Adams refiled a motion for summary judgment containing a Statement of Material Facts in accordance with Local Rule 56.1. (Doc. no. 118.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant Adams' motion for summary judgment without prejudice. (Doc. no. 107.)

SO ORDERED this _17th_ day of December, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA