IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

KEVIN BOYD,                                    )
                                               )
            Plaintiff,                         )
                                               )
    v.                                         )        CV 624-050
                                               )
BRIAN ADAMS, Warden; SCOTTIE                   )
ROACH, Sgt.; and KIMBERLY                      )
PHILLIPS ADDIS, Nurse,                         )
                                               )
            Defendants.                        )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 130.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as

its opinion, **DENIES** Plaintiff's motion for entry of default, (doc. no. 65), **DENIES** Defendant

Phillips Addis's ("Phillips") motion to strike, (doc. no. 106), **GRANTS** Defendant Phillips'

motion to dismiss for failure to state a claim, (doc. no. 58), and in the alternative, **GRANTS**

her motion to dismiss based on the Wellpath bankruptcy proceedings, (doc. no. 94).

Accordingly, the Court **DISMISSES** Defendant Phillips Addis from this civil action. This

case shall proceed only against Defendants Adams and Roach as to Plaintiff's medical

deliberate indifference claims.

Furthermore, as the Court stayed discovery pending resolution of Defendant Phillips'

motion to dismiss, the Court thus **LIFTS** the stay of discovery entered in this case on

September 22, 2025. (Doc. no. 99; see also doc. no. 100.) Additionally, at the time the Court stayed discovery, only two days remained until the close of discovery deadline under the applicable Scheduling Notice. (See doc. no. 45.) Out of an abundance of caution, the Court extends discovery by one month and **RESETS** case deadlines as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | April 10, 2026 |
| LAST DAY TO FILE MOTIONS | May 11, 2026 |
| LAST DAY TO FILE SUMMARY JUDGMENT MOTIONS | May 11, 2026 |

All provisions of the prior Scheduling Notice not revised herein shall remain in full force and effect.

Finally, during the discovery stay, Defendants Roach and Adams each filed respective motions for summary judgment, (doc. nos. 114, 118), to which Plaintiff has responded in opposition, (doc. nos. 121, 122). Accordingly, these motions are fully briefed and ready to be ruled in on in the normal course of business.

SO ORDERED this _____5th_____ day of March, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2