IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| KEVIN BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-050 |
| | ) | |
| BRIAN ADAMS, Warden; SCOTTIE ROACH, Sgt.; and KIMBERLY PHILLIPS ADDIS, Nurse, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** the motions for summary judgment filed by Defendants Roach and Adams, (doc. nos. 114, 118). Because the Court previously granted the motion to dismiss by Kimberly Phillips Addis, (doc. no. 131), the Court **DIRECTS** the Clerk to enter an appropriate final judgment in favor of Defendants Roach, Adams, and Addis, and **CLOSES** this civil action.

SO ORDERED this 23rd day of September, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA