IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 26 2026

FILED

| | | |
|---|---|---|
| KEVIN BOYD, | * | |
| Plaintiff, | * | |
| v. | * | CV 624-050 |
| BRIAN ADAMS, Warden; SCOTTIE ROACH, Sgt.; and KIMBERLY PHILLIPS ADDIS, Nurse, | * | |
| Defendants. | * | |

## O R D E R

On August 3, 2026, the Magistrate Judge recommended granting the motions for summary judgment filed by Defendants Roach and Adams. (Doc. 139.) Objections to that recommendation were originally due on August 20, 2026. (Doc. 140.) Plaintiff requested and received an extension of time up to and including September 10, 2026, to file objections, with the warning that no further extensions of time would be granted. (Doc. 143.) Having received no objections by September 23, 2026, the Court adopted the Magistrate Judge's recommendation as its opinion and closed this case. (Docs. 144, 145.)

On October 2, 2026, the Clerk of Court received and docketed Plaintiff's objections, which were dated September 9, 2026, though not post-marked until September 29, 2026. (Doc. 146, at 5-6.) Although Plaintiff's objections did not reach the Court by the

extended objections deadline, using Plaintiff's signature date of September 9, 2026, and granting him the benefit of the "mailbox rule," the Court accepts, and will consider, the objections. See Houston v. Lack, 487 U.S. 266, 276 (1988) (deeming prisoner document filed on the date of delivery to prison officials for mailing).

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. 146.) The objections are unavailing and do nothing to call into question the Magistrate Judge's thorough analysis of the motions for summary judgment. Accordingly, the Court **OVERRULES** Plaintiff's objections and again concludes summary judgment was properly granted in favor of Defendants Roach and Adams. This civil action shall remain **CLOSED.**

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA